JS-6

**DUANE MORRIS LLP**
Jennifer A. Riley (SBN 360545)
JARiley@duanemorris.com
Daniel D. Spencer (SBN 292078)
DDSpencer@duanemorris.com
Samson C. Huang (SBN 273785)
SCHuang@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: +1 213 689 7400
Facsimile: +1 213 689 7401

**DUANE MORRIS LLP**
Caitlin Capriotti (SBN 356197)
CCapriotti@duanemorris.com
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Telephone: +1 650 847 4157
Facsimile: +1 650 429 2144

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ASHLEY ALAMILLO, on behalf of themselves and all others similarly situated, and on behalf of the general public;

Plaintiff,

v.

CAPSTONE LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive

Defendants.

Case No.: EDCV 25-2723-GW-SPx

**ORDER TO JOINT STIPULATION TO DISMISS PLAINTIFF'S CLASS CLAIMS AGAINST DEFENDANT AND REMAND PLAINTIFF'S INDIVIDUAL CLAIMS AGAINST DEFENDANT**

## ORDER

Having reviewed the Parties' JOINT STIPULATION TO DISMISS PLAINTIFF'S CLASS CLAIMS AGAINST DEFENDANT AND REMAND PLAINTIFF'S INDIVIDUAL CLAIMS AGAINST DEFENDANT, and good cause appearing, the Court hereby ORDERS AS FOLLOWS:

1. Plaintiff's individual claims against Defendant arising from her employment with Defendant shall be remanded back to California Superior Court;
2. Defendant's Motion to Dismiss is withdrawn;
3. Plaintiff's class claims alleged against Defendant shall be dismissed without prejudice with each party to bear its own fees and costs; and
4. No notice to the putative class members is required.

**IT IS SO ORDERED.**

November 10, 2025
Date

HON. GEORGE H. WU,
United States District Judge